

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2020

No. 04-20-00383-CV

**IN THE INTEREST OF L.S. AND W.S., CHILDREN,**

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-10-32406-CV
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

     Appellant's brief was originally due on September 28, 2020. This court granted appellant one extension of time in which to file his brief, until October 28, 2020. On October 22, 2020, appellant filed a second unopposed motion requesting a thirty-day extension. The motion is GRANTED and appellant's brief is due **no later than November 30, 2020**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court